FILED
2019 Oct-23  PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Michelle Lee Sims } | |
|       Plaintiff } | |
| v. } | Case Number: 2:17 CV 1489 JHE |
| } | |
| Event Operations Group Inc. } | |
|       Defendant } | |

## ENTRY OF DEFAULT

Pursuant to the Court's order of August 12, 2019, it is ADJUDGED that the defendant Event Operations Group Inc. is in default and that the plaintiff, Michelle Lee Sims, have and recover of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

Done on October 23, 2019

                                                           SHARON N. HARRIS, CLERK

                                                           By:  A. Day
                                                                Deputy Clerk