UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE LEE SIMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-01489-JHE |
| EVENT OPERATIONS GROUP, INC., et al. | ) |
| Defendants. | ) |

**ORDER OF DEFAULT JUDGMENT**

For the reasons stated in the accompanying order, (doc. 64), the Court hereby enters **DEFAULT JUDGMENT** in favor of Plaintiff Michelle Lee Sims and against Defendant Event Operations Group, Inc., in the amount of $20,277.60, representing attorney fees and costs in this action.

DONE this 23rd day of October, 2019.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE